**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Gloria Korlou, | : |
|           Plaintiff, | : |
|   v. | : Civil Action No.: 3:15-cv-01720-JBA |
| GC Services, L.P.; and DOES 1-10, inclusive, | : |
|           Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated December 23, 2015

                                                   Respectfully submitted,

                                                   PLAINTIFF, Gloria Korlou

                                                 /s/ Sergei Lemberg

                                               Sergei Lemberg, Esq.
                                               LEMBERG LAW, L.L.C.
                                               43 Danbury Road
                                               Wilton, CT 06897
                                               Telephone: (203) 653-2250
                                               Facsimile: (203) 653-3424
                                               slemberg@lemberglaw.com

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on December 23, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By <u>/s/ Sergei Lemberg</u>

              Sergei Lemberg