**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| Tristano Korlou and Gloria Korlou, | : |
|  | : |
|  | : Civil Action No.:  3:15-cv-01720-JBA |
|  | : |
| Plaintiffs, | : |
| v. | : |
|  | : |
| GC Services, L.P.; and DOES 1-10, inclusive, | : |
|  | : |
|  | : |
| Defendant. | : |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Tristano Korlou and Gloria Korlou ("Plaintiffs"), by Plaintiffs' attorney, hereby withdraw the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 18, 2016

Respectfully submitted,

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 18, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  <u>/s/ Sergei Lemberg</u>

Sergei Lemberg